IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| APACHETA CORP., | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINCARE, INC., | : | No. 16-2030 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **30th** day of **November**, **2017**, upon consideration of the parties' cross-motions for summary judgment and the responses thereto, and for the reasons stated in the Court's Memorandum dated November 30, 2017, it is hereby **ORDERED** that:

1. The motions (Document Nos. 35, 36) are **DENIED**.

2. The parties are encouraged to seek resolution of this matter through mediation. If the parties are unable to resolve the case, a trial will be held as scheduled.

BY THE COURT:

_____
**Berle M. Schiller, J.**