IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APACHETA CORP., | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LINCARE, INC., | : | No. 16-2030 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **13th** day of **August**, **2018**, upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law (Document Nos. 72, 73), rebuttals thereto, following a bench trial from January 8 through January 11, 2018, and for the reasons stated in the Court's Memorandum dated August 13, 2018, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Plaintiff Apacheta Corp. and against Defendant Lincare, Inc. in the amount of One Dollar ($1).

2. The Clerk of Court is directed to close this case.

BY THE COURT:

_/s/ Berle M. Schiller_
**Berle M. Schiller, J.**